**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CHARLES G. BLACK, II, | |
|     Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:06-cv-0138-BBM |
| ASSET ACCEPTANCE, LLC, | |
|     Defendant. | |

**J U D G M E N T**

This action having come before the court, Honorable Beverly B. Martin, United States District Judge, for consideration of plaintiff's Motion to Dismiss Without Prejudice, and the court having granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed without prejudice**.

Dated at Atlanta, Georgia, this 27th day of June, 2006.

                                            LUTHER D. THOMAS
                                            CLERK OF COURT

                                          By:  s/Pamela Wright
                                                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   June 27, 2006
Luther D. Thomas
Clerk of Court

By:   s/Pamela Wright
      Deputy Clerk